# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON D GORDON,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID S WOOTEN,<br><br>        Defendant. | 1:12-cv-00012 AWI SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document 2) |

By application filed on January 3, 2012, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has submitted an application that makes the showing required by § 1915 (a). Accordingly, the request to proceed in forma pauperis IS GRANTED. 28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:   January 6, 2012**              /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE