1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| JASON D GORDON, | )  1:12-cv-00012 AWI SKO |
| Plaintiff, | ) |
| v. | )  ORDER GRANTING APPLICATION TO )  PROCEED IN FORMA PAUPERIS |
| DAVID S WOOTEN, | )  (Document 2) |
| Defendant. | ) |
| _____ | ) |

17
18    By application filed on January 3, 2012, Plaintiff has requested leave to proceed in forma
19  pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the
20  showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS
21  GRANTED.  28 U.S.C. § 1915 (a).
22
23  IT IS SO ORDERED.
24  **Dated:    January 6, 2012**              _/s/ **Sheila K. Oberto**_
                                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28                                          1